Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  16−22529−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Scott Stauffer                   Bonnie Lynn Stauffer
   444 E. Pennington Dr.                   444 E. Pennington Dr.
   Westampton, NJ 08060                Westampton, NJ 08060

Social Security No.:
   xxx−xx−2933                               xxx−xx−2994

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 11, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 11, 2018
JAN: kmf

                                                                              Jeanne Naughton
                                                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 16-22529-MBK
Michael Scott Stauffer                                                    Chapter 13
Bonnie Lynn Stauffer
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 1                  Date Rcvd: Oct 11, 2018
                               Form ID: 148                 Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db/jdb         +Michael Scott Stauffer,    Bonnie Lynn Stauffer,     444 E. Pennington Dr.,
                 Westampton, NJ 08060-2340
516261874      +AMCOL,    111 Lancewood Rd.,    Columbia, SC 29210-7523
516261873      +Allergy & Asthma Associates,    127 Ark Rd., Suite 1,     Mt. Laurel, NJ 08054-6303
516481113      +Apex Asset Mgmt., LLC,    POB 5407,    Lancaster, PA 17606-5407
516261869      +CHOP Care,   3201 Marne Highway,    Mt. Laurel, NJ 08054-9716
516261868       KML Law Group,    216 Haddon Ave., Suite!. 406,    Westmont, NJ 08108
516261870      +Kenneth Donaldson, DMD,    693 Main St., Bldg. B, Suite #4,     Lumberton, NJ 08048-5043
516407944      +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,     425 Phillips BLVD,
                 Ewing, NJ 08618-1430
516261858      +New Jersey Housing and Mortgage,    637 South Clinton Ave.,    Trenton, NJ 08611-1811
516261876      +VW Group of America,    2200 Ferdinand Porshe Dr.,    Herndon, VA 20171-6243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:33       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516261872      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 11 2018 23:34:05
                 Comcast Cable Communications,    Attn: Law Dept.,    One Comcast Center,
                 Philadelphia, PA 19103-2833
516280116       EDI: RECOVERYCORP.COM Oct 12 2018 03:13:00      Orion,    c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
516280408       EDI: RECOVERYCORP.COM Oct 12 2018 03:13:00      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
517627311      +EDI: PRA.COM Oct 12 2018 03:13:00     Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516261871      +EDI: VERIZONCOMB.COM Oct 12 2018 03:13:00      Verizon,    500 Technology Dr., Suite 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              Richard   Sparaco    on behalf of Debtor Michael Scott Stauffer rsparaco@me.com,
               richardsparaco@gmail.com
              Richard   Sparaco    on behalf of Joint Debtor Bonnie Lynn Stauffer rsparaco@me.com,
               richardsparaco@gmail.com
                                                                                             TOTAL: 6
```