UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on October 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Michael Scott Stauffer
Bonnie Lynn Stauffer

Debtor(s)

Case No.: 16-22529 / MBK

Judge: Michael B. Kaplan

Chapter: 13

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS OR
### CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: October 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Michael Scott Stauffer
Bonnie Lynn Stauffer
    Debtors

Case No. 16-22529-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 11, 2018
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
db/jdb      +Michael Scott Stauffer,   Bonnie Lynn Stauffer,   444 E. Pennington Dr.,   Westampton, NJ 08060-2340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
      Albert   Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert   Russo   docs@russotrustee.com
      Denise E. Carlon   on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Rebecca Ann Solarz   on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency rsolarz@kmllawgroup.com
      Richard   Sparaco   on behalf of Debtor Michael Scott Stauffer rsparaco@me.com, richardsparaco@gmail.com
      Richard   Sparaco   on behalf of Joint Debtor Bonnie Lynn Stauffer rsparaco@me.com, richardsparaco@gmail.com
      TOTAL: 6