Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.: 16–22529–MBK
                          Chapter: 13
                          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Scott Stauffer | Bonnie Lynn Stauffer |
| 444 E. Pennington Dr. | 444 E. Pennington Dr. |
| Westampton, NJ 08060 | Westampton, NJ 08060 |

Social Security No.:
  xxx–xx–2933                                   xxx–xx–2994

Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 27, 2018</u>                 <u>Michael B. Kaplan</u>
                                                  Judge, United States Bankruptcy Court